# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ENRIQUE LOPEZ-MAGANA (2), <br><br> Defendant. | ORDER TRANSFERRING CASE <br><br> Case No. 19-cr-3426-JO |

In the interest of efficient administration of justice and because the Court concludes that this case is related to *United States of America v. Enrique Lopez-Magana, et al*, Case No. 24-cr-1636-BTM, the Court directs the Clerk to reassign this case back to Judge Barry Ted Moskowitz. *See Badea v. Cox*, 931 F.2d 573, 575 (9th Cir. 1991) ("District court judges have broad discretion regarding the assignment or reassignment of cases.") (internal quotation marks omitted); *In re Marshall*, 721 F.3d 1032, 1040 (9th Cir. 2013) ("[J]udges are vested with inherent authority to transfer cases among themselves for the expeditious administration of justice.") (internal quotation marks and citation omitted).

IT IS SO ORDERED.

DATED: 3/3/2025

HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

DATED: 3/5/2025

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE